# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TIMOTHY SMITH,

    Plaintiff,

v.        CASE NO. 4:06cv45-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 3), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

SO ORDERED this 13th day of March, 2006.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge